UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
BOISEY CALDWELL,                                               :
                                                               :
               Plaintiff,                          :         19-CV-6534 (OTW)
                                                               :
               -against-                          :         **ORDER**
                                                               :
COMMISSIONER OF SOCIAL SECURITY,                               :
                                                               :
               Defendant.                          :
                                                               :
---------------------------------------------------------------X

**ONA T. WANG, United States Magistrate Judge**:

On October 25, 2019, the parties were ordered to engage in good faith settlement negotiations and then by November 22, 2019 to either file a stipulation resolving the matter or file a status letter advising the Court that they would be proceeding with litigating the matter. To date, no such letter or stipulation has been filed. The parties shall engage in such negotiations and file their stipulation or status letter by **Friday, December 6, 2019**. The Clerk of the Court is respectfully requested to mail a copy of this Scheduling Order to the *pro se* Plaintiff.

      **SO ORDERED.**

                                                               *s/ Ona T. Wang*
Dated: November 26, 2019                            **Ona T. Wang**
      New York, New York               United States Magistrate Judge