# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

BOISEY CALDWELL,

                              Plaintiff,                              19 **CIVIL** 6534 (OTW)

                            -against-                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.

-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated October 21, 2020, the Commissioner's motion for judgment on the pleadings is granted, and the complaint is dismissed; accordingly, this case is closed.

**Dated:** New York, New York
          October 21, 2020

                                                              **RUBY J. KRAJICK**
                                                               _____
                                                                   **Clerk of Court**
                                            **BY:**
                                                                  _____
                                                                     **Deputy Clerk**